UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Danville Division

---

LOJE WITCHER, on behalf of herself
and all others similarly situated,

        Plaintiff,

v.                                Case No. 4:24-cv-00028-TTC-CKM

PERFORMANCE LIVESTOCK & FEED
COMPANY, LLC, and PURINA ANIMAL
NUTRITION, LLC,

        Defendant.

---

## UNOPPOSED MOTION TO APPROVE SETTLEMENT

Plaintiff Loje Witcher, on behalf of himself and all others similarly situated, by counsel, respectfully moves the Court to enter an Order approving the settlement of this FLSA action. A copy of the proposed settlement is attached as Exhibit 1 and a copy of a proposed Order has also been provided. The motion is unopposed by Defendants. For the Court's consideration, Plaintiff is submitting a memorandum in support of this Motion.

For the reasons set out in the memorandum, the settlement is fair and reasonable. Wherefore, Plaintiff requests that the Court approve the settlement and enter the Proposed Order provided as an attachment to this Unopposed Motion to Approve Settlement. Consistent with the Parties' settlement agreement, Plaintiff requests that the Court not enter this order fewer than 100 days after the filing of this Motion (or on or after September 6, 2025).

| | |
|---|---|
| Date: May 29, 2025 | Respectfully submitted, |

| | |
|---|---|
| /s/Timothy Coffield<br>Timothy Coffield (VSB No. 83430)<br>Coffield PLC<br>106-F Melbourne Park Circle<br>Charlottesville, VA 22901<br>Tel: 434-218-3133<br>tc@coffieldlaw.com<br><br>/s/    Zev H. Antell<br>Zev H. Antell (VSB No. 74634)<br>Butler Curwood, PLC<br>140 Virginia Street, Suite 302<br>Richmond, VA 23219<br>Tel: 804-648-4848<br>zev@butlercurwood.com<br><br><br>Counsel for Plaintiff | |

### CERTIFICATE OF SERVICE

I hereby certify that on 5/29/2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then provide a notice of electronic filing (NEF) to all counsel of record.

/s/Timothy Coffield

**Error! Unknown document property name.**
**Error! Unknown document property name.**