# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### Danville Division

CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 08 2025

LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
    DEPUTY CLERK

LOJE WITCHER, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.             Case No. 4:24-cv-00028-TTC-CKM

PERFORMANCE LIVESTOCK & FEED
COMPANY, LLC, and PURINA ANIMAL
NUTRITION, LLC,

    Defendant.

## ORDER

  Plaintiff Loje Witcher, on behalf of himself and all others similarly situated, by counsel, filed an unopposed Motion for Approval of an FLSA Settlement. Having reviewed the Motion in Support of Settlement Approval (the "Motion"), the supporting memorandum, and the Settlement Agreement and Release (the "Agreement"), and there being no opposition from Defendant Performance Livestock & Feed Company, LLC or Defendant Purina Animal Nutrition, LLC, for the reasons stated in Plaintiff's submissions, the Court GRANTS the Motion and approves the Parties' settlement as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act ("FLSA") claims consistent with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

  Accordingly, it is hereby ORDERED that the Agreement reached by the Parties is approved and shall take effect. It is further ORDERED that the Parties may agree to make changes to the notice as necessary in accordance with the Agreement following this approval if it is necessary to facilitate payment. It is further ORDERED that within 180 days following the date that the

Claims administrator receives PLF's payment as contemplated by the Agreement, the Plaintiff will file a proposed dismissal order at which time a final order will issue. This Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

    SO ORDERED this **8th** day of **September**, 2025.

_____
United States District Judge